**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

- Plaintiff,                         Case No. 06-13511

vs.                                   Honorable: Robert H. Cleland

DONALD J. BEASLEY,            Claim Number: 1998A16490
SS# XXX-XX-0890
    Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **CITY OF HIGHLAND PARK** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 9, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2010, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522